No. 80–453. ROBERTS v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 80–457. WILSON v. FIRESTONE, SECRETARY OF STATE OF FLORIDA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–460. MERLO ET AL. v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 80–540. BROOKS v. SUPREME COURT OF SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 80–5073. CLAYTON v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 80–5146. MIDDLEBROOKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5150. CHAFIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–5237. WARD v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 80–5304. SAMUELS v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 80–5328. PHIPPS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5337. GALADA v. GUILLEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5344. MITCHELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.